

FILED

2018 MAY 16 PM 12: 13

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Kyle Lamont MOORE (1),<br>Rayshan Decash RIVERS (2),<br><br>Defendants. | Case No. '18 MJ8753<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1324(a)(1)(A)(ii)<br>Transportation of Illegal Aliens (Felony) |

The undersigned complainant being duly sworn states:

On or about May 15, 2018, within the Southern District of California, defendants, Kyle Lamont MOORE and Rayshan Decash RIVERS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens,

        Ruben CAMPOS-Balderas,

        Aureliano MARTINEZ-Martinez and

        Elias SANTIAGO-Santos,

had come to, entered or remained in the United States in violation of law, did transport or move, or attempted to transport or move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant states this complaint is based on the attached Probable Cause Statement, which is incorporated herein by reference.

ROBERT REYES
BORDER PATROL AGENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 16th DAY OF MAY 2018.

HON. PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Kyle Lamont MOORE (1),
Rayshan Decash RIVERS (2),

## STATEMENT OF FACTS

The complainant states this complaint is based upon the investigative report by Border Patrol Agent (BPA) S. Marshall that defendants, Kyle Lamont MOORE (MOORE) and Rayshan Decash RIVERS (RIVERS), United States Citizens, were arrested on May 15, 2016 for transporting three undocumented aliens in violation of Title 8, United States Code, Section 1324.

On December 15, 2016, at approximately 5:35 P.M., BPA Marshall was observing the Coachella Canal Road, which is a well-known smuggling route. The Coachella Canal Road is a well-known route used to circumvent the United States Border Patrol Checkpoint on Highway 111 near Niland California. BPA Marshall observed a new black Dodge Charger speed past his position. The Coachella Canal Road is an unpaved road that has many surface areas that have been washed out as well as large potholes in it, and is generally unsafe to drive in a rapid manner. The vehicle appeared to slide in a manner as if the driver was losing control of the vehicle as they drove around a washout area at Siphon 17. The driver appeared to correct and continued driving down the road in a rapid manner. BPA Marshall began to follow the vehicle as it traveled towards Frink Road. The vehicle was traveling at approximately 50 miles per

hour then abruptly slowed to 30 miles per hour. Once on the paved section of the Coachella Canal Road near the intersection of Frink Road, the driver again slowed down to approximately 20 miles per hour. BPA Marshall noticed an additional head rise up from the back seat then duck back down. Prior to that, BPA Marshall observed two individuals in the vehicle.

BPA Marshall ran records checks on the vehicle. Records checks revealed the vehicle and was a rental car. The driver turned onto Spa Road and continued past the Fountain of Youth Spa. The vehicle began to drive off the right shoulder of the road then back onto the road. The vehicle did this three times as they were approaching the intersection of Hot Mineral Spa and Spa Road. BPA Marshall initiated a vehicle stop near the intersection of Hot Mineral Spa and Spa Road. The Charger pulled over to the side of the road.

As BPA Marshall approached the vehicle, he saw three individuals in the back seat laying down on top of each other, an individual in the passenger seat, and one individual in the driver's seat. BPA Marshall also noticed the strong smell of marijuana coming from the car. BPA Marshall identified himself as a United States Border Patrol Agent, and then began questioning the driver and front passenger as to their citizenship. The driver later identified as Kyle MOORE (MOORE), stated he is a United States and produced a California State Identification. The passenger later identified as Rayshan RIVERS (RIVERS), stated he is a United States Citizen but did not have any

identification. BPA Marshall asked MOORE if they used marijuana to which he stated that he did, and smoked some three hours earlier as well as admitting that he had a small amount in the car with him.

BPA Marshall then asked the individuals, later identified as

Ruben CAMPOS-Balderas (CAMPOS),

Aurelliano MARTINEZ-Martinez (MARTINEZ) and

Elias SANTIAGO-Santos (SANTIAGO),

in the back seat what country they were a citizens of to which all three stated that they were Mexican citizens. BPA Marshall then noticed that two of the individuals had what appeared to be parts of blankets tied to their feet. This is a common tactic when crossing the border so they leave as little trace of their footprints as possible. BPA Marshall asked the three in the back if they had immigration documents that allowed them to be in the United States, to which they stated they did not. BPA Marshall placed all of the occupants under arrest.

MOORE was read his rights as per Miranda. MOORE stated he understood his rights and was willing to answer questions without the presence of an attorney. MOORE stated that while at a gas station, an unknown man contacted him and RIVERS and asked if they wanted to make some money. MOORE stated that the man gave them $200.00 USD for gas. MOORE stated the gas money was given to him and Rivers in order to drive to El Centro, CA and pick up some people. MOORE stated, him and

RIVERS left the gas station in San Bernardino, California and headed to the Coachella valley to connect to Highway 86 southbound toward El Centro, California. MOORE stated once he and RIVERS reached El Centro, California, they went to a local Mc Donald's to meet up with some guys. MOORE stated him and RIVERS met three guys at a local fast food restaurant parking lot. MOORE stated that three guys jumped in the car with him. An unknown man with the guys instructed MOORE to go to Niland, California.

RIVERS was read his rights as per Miranda. RIVERS stated he understood his rights and was willing to answer questions without the presence of an attorney. RIVERS stated MOORE and he where in El Centro meeting some girls. After parting ways with the girls, RIVERS stated that he and MOORE were headed back home. During the trip back home RIVERS claimed that they got lost. RIVERS stated that they came across the three males that needed a ride. These were the three males that were in the vehicle with them when Border Patrol pulled them over.

Material Witnesses MARTINEZ and SANTIAGO stated they were going to pay $8,000.00 United Stated Dollars (USD) to be smuggled into the United States illegally. CAMPOS stated his uncle arranged for him to be smuggled into the United States and did not know the amount the smuggler was going to be paid.

Material Witnesses CAMPOS, MARTINEZ and SANTIAGO were presented with two six-pack photo-lineups. CAMPOS was able to identify the passenger in the vehicle as photo #1 in line-up 2B. Photo #1 depicts RIVERS.

The complainant states the names of the Material Witnesses are as follows:

| NAME | PLACE OF BIRTH |
| --- | --- |
| Ruben CAMPOS-Balderas | Mexico |
| Aurelliano MARTINEZ-Martinez | Mexico |
| Elias SANTIAGO-Santos | Mexico |

Further, complainant states that the Material Witnesses are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.